UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-2518-TORRES

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOHN WESLEY MEADOWS,

       Defendant.
_____/

## ORDER FOR DISMISSAL

    Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the removal proceeding against the above-named defendant.

                                            R. ALEXANDER ACOSTA
                                            UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing dismissal.

DATE 4-26-07

                                            PETER PALERMO
                                            UNITED STATES MAGISTRATE JUDGE

cc: Benjamin Daniel, AUSA
     U.S. Marshal
     Chief Probation Officer
     Pre-Trial Services
     Hector Flores AFPD

**SCANNED**